EOD 7/17/00

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT

00 JUL 14 PM 4:46

TX EASTERN-BEAUMONT

BY 7C

| | | |
|---|---|---|
| MAURICE CLIFTON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:00CV00317 |
| | § | |
| J. KNOX, ET AL | § | |
| | § | |

ORDER RE COLLECTION AND PAYMENT OF FULL FILING FEE

The court having considered plaintiff's Application to Proceed *In Forma Pauperis* in light of the Prison Litigation Reform Act of 1996 (PLRA) finds the following:

Plaintiff Maurice Clifton, inmate #28332-077, has paid the initial partial filing fee of $67.00.

It is therefore **ORDERED**:

Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.

Plaintiff shall pay $83.00, the balance of the filing fee, in monthly installments as provided in 28 U.S.C. §1915(b)(1). The agency having custody of plaintiff shall deduct 20% of each deposit made to plaintiff's inmate trust account and forward payments to the Court on a regular basis provided the account exceeds $10.00.

Plaintiff shall execute all consent forms and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawals from plaintiff's inmate trust account.

The Clerk shall mail a copy of this Order to: FCI Beaumont- Medium, Attention: C. LaBuff, PO Box 26045, Beaumont, Texas 77720-6045.

7

SIGNED this __7__ day of __July__, 2000.

*Wendell C Radford*
WENDELL C. RADFORD
UNITED STATES MAGISTRATE JUDGE