JUL 1 2 2002

EOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAURICE CLIFTON | § | |
| VS. | § | CIVIL ACTION NO. 1:00cv317 |
| J. KNOX, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION

Plaintiff Maurice Clifton, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this Federal Tort Claim and *Bivens*-type action against J. Knox, R. Matsuda, R. Allen, John Doe, Joe Blow, R. Clark, the Texas Board of Medical Examiners, and the University of Texas Medical Branch.[1]

The court heretofore referred this matter to the Honorable Wendell C. Radford, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

---

[1] *See Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED this 12th day of July, 2002.

HOWELL COBB
UNITED STATES DISTRICT JUDGE