EOD JUL 1 2 2002

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAURICE CLIFTON | § | |
| VS. | § | CIVIL ACTION NO. 1:00cv317 |
| J. KNOX, ET AL. | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Howell Cobb, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this lawsuit is **DISMISSED** with prejudice.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 12th day of July, 2002.

HOWELL COBB
UNITED STATES DISTRICT JUDGE